John J. Farrell, Esq. - State Bar No. 59348
LAW OFFICES OF JOHN J. FARRELL
2560 Ninth Street, Suite 213B
Berkeley, CA  94710-2549
Telephone:        (510) 549-5900
Facsimile:          (510) 549-5901

Attorneys for Plaintiff
PETER D. POULLOS and
AMY POULLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D. POULLOS and AMY POULLOS,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO.  C 05 3690 CRB<br><br>**E-FILING CASE** |
| SPENCER GOSCH,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. C 05-3810<br>**E-FILING CASE**<br><br>**STIPULATION AND REQUEST FOR ORDER CONTINUING MOTIONS FOR SUMMARY JUDGMENT** |

       Pursuant to Local Rule 7-7, the parties in the above-identified related actions hereby stipulate to and request that the Motions for Summary Judgment, filed by defendant UNITED STATES OF AMERICA on June 30, 2006, and scheduled to be heard before the Honorable Charles R. Breyer on Friday, August 4, 2006, be continued to Friday, September 22, 2006, at 10:00 a.m.

       It is further stipulated that plaintiffs' time to file their Oppositions to defendant's Motions shall be extended to Friday, July 28, 2006, and that the time for defendant's reply

1

1  to said opposition shall be extended to Friday, August 11, 2006.

2  DATED: July 13, 2006                LAW OFFICE OF JOHN J. FARRELL

4                                       By_____/S/_____
5                                          John J. Farrell
                                           Attorney for Plaintiffs
                                           Peter D. Poullos and Amy Poullos

7  DATED: July 14, 2006                KEVIN V. RYAN
                                       United States Attorney

10                                      By_____/S/_____
                                           Owen P. Martikan
                                           Assistant United States Attorney

12 DATED: July 13, 2006                MASTRANGELO LAW OFFICES

13                                      By____/S/_____
14                                         Edward Mastrangelo
                                           Attorney for Plaintiff SPENCER GOSCH

16 DATED: July 14, 2006                KEVIN V. RYAN
                                       United States Attorney

19                                      By____/S/_____
                                           Katherine Dowling
                                           Assistant United States Attorney

21 IT IS SO ORDERED.

22 Dated: July 17, 2006

                                       _____
                                       HONORABLE CHARLES R. BREYER
                                       JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*