UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPENCER GOSCH,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C05-03810 CRB (EDL)

**NOTICE OF FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **April 5, 2007**, at **2:00 p.m.**, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

**The parties shall submit an updated confidential settlement conference statement with any new developments by April 3, 2007.**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: March 30, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge